UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>Plaintiff,<br>v.<br><br>UNIVERSITY OF WASHINGTON MEDICINE et al.,<br><br>Defendants. | CASE NO. 2:23-cv-01154-TL<br>CASE NO. 2:23-cv-01164-TL<br>CASE NO. 2:23-cv-01190-TL<br>CASE NO. 2:23-cv-01262-TL<br>CASE NO. 2:23-cv-01263-TL<br>CASE NO. 2:23-cv-01283-TL<br>CASE NO. 2:23-cv-01290-TL<br>CASE NO. 2:23-cv-01294-TL<br>CASE NO. 2:23-cv-01364-TL<br><br>ORDER OF DISMISSAL |

On September 11, 2023, the Court entered an order dismissing Plaintiff Cortez Jones's then pending nine separate Complaints for failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court granted Mr. Jones leave to amend any of those Complaints by no later than Monday, September 25, 2023. No amended complaints have been filed.

//

//

//

1 | The Court therefore DISMISSES all of the Complaints with prejudice. Judgments will be entered in each case consistent with this order.

Dated this 26th day of September 2023.

*[signature]*

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 2